USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANELL PUGH-OUZA,

    Plaintiff,

v.

SPRINGHILL SUITES, *et al.*,

    Defendants.

No. 18-CV-1755 (RA)

ORDER ADOPTING REPORT AND RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

Now before the Court is Magistrate Judge Freeman's July 9, 2019 Report and Recommendation (the "Report"), *see* Dkt. 103, which recommends that the Court enter an order dismissing Plaintiff's claims against Defendant Arberie Karacica ("Karacica"), without conditions and without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties have not filed any objections to the Report.

"When the parties make no objections to the Report, the Court may adopt the Report if there is no clear error on the face of the record." *Galeana v. Lemongrass on Broadway Corp.*, 120 F. Supp. 3d 306, 310 (S.D.N.Y. 2014) (internal quotation marks omitted). Having reviewed the record for clear error, and found none, the Court adopts Judge Freeman's Report in its entirety. Accordingly, it is hereby Ordered that: (1) Plaintiff's claims against Defendant Karacica are dismissed without conditions and without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and (2) Defendants' motion for involuntary dismissal of those claims pursuant to Rule 41(b) is denied.

The choice not to file written objections waives appellate review of this decision. *See United States v. James*, 712 F.3d 79, 105 (2d Cir. 2013).

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 96.

SO ORDERED.

Dated: August 5, 2019
        New York, New York

                                              Ronnie Abrams
                                              United States District Judge