UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANELL PUGH-OZUA,

                Plaintiff,

v.

SPRINGHILL SUITES a/k/a SPRINGHILL SUITES MARRIOTT, MARRIOTT HOTEL SERVICES, INC., MARRIOTT WORLDWIDE RESERVATION SERVICES, LLC, CARRIE CARPENTER, GINA NGEAU, AND AUBREY KARACIA,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/13/2021

No. 18-CV-1755 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In its previous order, Dkt. 139, the Court directed that Defendants' anticipated summary judgment papers would be due sixty days after Magistrate Judge Freeman's ruling on Plaintiff's discovery motion, that Plaintiff's opposition papers would be due an additional forty-five days later, and that Defendants' reply papers would be due an additional twenty-one days after the due date for Plaintiff's opposition. Judge Freeman issued an order on December 28, 2020, denying Plaintiff's letter motion for additional discovery. *See* Dkt. 142. No objections were filed within 14 days of that order, and the Court discerns no clear error in the order. *See* Fed. R. Civ. P. 72(a). Accordingly, discovery is now closed, and the Court adopts the following briefing schedule:

- Defendants' motion for summary judgment is due March 1, 2021.
- Plaintiff's opposition is due April 15, 2021.
- Defendants' reply is due May 6. 2021.

SO ORDERED.

Dated:    January 13, 2021
             New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge