# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

April 9, 2021

**VIA ECF**

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Pugh-Ozua v. Springhill Suites Marriott, et al.*, No. 18-CV-1755-RA-DF

Dear Judge Freeman:

We represent Defendants in the above-referenced matter. Defendants' anticipated motion for summary judgment is currently due to be filed on April 12, 2021, with Plaintiff's opposition, and Defendants' reply, due 45 and 21 days sequentially thereafter. (Docket No. 145). As the Court is aware, a further conference to discuss potential resolution of this matter is scheduled for April 15, 2021.

In light of the foregoing, and in light of the Hon. Ronnie Abrams' grant of authority to this Court to further adjust the briefing schedule, (*Id.*), the Parties' respectfully request that all current dates be adjourned for approximately 30 days. Thus, if granted, Defendants' moving papers will be due May 12, 2021, Plaintiffs' opposition will be due June 28, 2021, and Defendants' reply will be due July 19, 2021.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4826-5554-0965.1
cc:   All Counsel of Record

---

The summary-judgment briefing schedule is modified as proposed by the parties.   SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Dated: 4/9/2021