UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANELL PUGH-OZUA,

           Plaintiff,

v.

SPRINGHILL SUITES a/k/a SPRINGHILL SUITES MARRIOTT, MARRIOTT HOTEL SERVICES, INC., MARRIOTT WORLDWIDE RESERVATION SERVICES, LLC, CARRIE CARPENTER, GINA NGEAU, AND AUBREY KARACIA,

           Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/27/2021

No. 18-CV-1755 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendants moved for summary judgment on May 12, 2021. According to the briefing schedule proposed by the parties, Plaintiff's opposition was to be due June 28, 2021. The Court subsequently granted two extensions of that deadline due to a serious medical issue on the part of Plaintiff's counsel. *See* Dkts. 154, 158. The most recent deadline for the opposition was one week ago (August 20, 2021), and nothing has been filed. Although the Court expects litigants to meet deadlines and, where necessary, to file timely requests for extensions, the Court is sympathetic to Plaintiff's counsel's condition. Accordingly, the Court *sua sponte* extends the deadline for Plaintiff to oppose the summary judgment motion to September 17, 2021. The deadline for Defendants' reply is extended to October 29, 2021.

    If Plaintiff's counsel is not in a position to meet the deadline, or to represent Plaintiff at this time, she shall notify the Court no later than September 17, 2021.

SO ORDERED.

Dated:   August 27, 2021
          New York, New York

_____
RONNIE ABRAMS
United States District Judge