UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANELL PUGH-OZUA,

                Plaintiff,

                v.

SPRINGHILL SUITES a/k/a SPRINGHILL SUITES MARRIOTT, MARRIOTT HOTEL SERVICES, INC., MARRIOTT WORLDWIDE RESERVATION SERVICES, LLC, CARRIE CARPENTER, GINA NGEAU, AND AUBREY KARACIA,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/15/2021

No. 18-CV-1755 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff's deadline to oppose Defendants' summary judgment motion is extended to September 24, 2021. Defendants' deadline to reply is extended to November 5, 2021.

SO ORDERED.

Dated:    September 15, 2021
              New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge