UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANELL PUGH-OZUA,

                Plaintiff,

v.

SPRINGHILL SMC, LLC, CARRIE CARPENTER, and GINA NEAGU,

                Defendants.[1]

No. 18-CV-1755 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Defendants' motion for summary judgment. For reasons that will be articulated at a conference on April 7, 2022 at 2:00 p.m., the motion is granted in part and denied in part. Specifically, the Court grants the motion as to Plaintiff's gender discrimination, associational disability discrimination, and hostile work environment claims, but denies the motion as to her pregnancy discrimination and retaliation claims. Defendants' request for oral argument is also denied.

The parties shall confer and notify the Court as to whether they prefer to have the conference in person or remotely. If the parties are unavailable on April 7, they shall propose alternative dates for the conference.

---

[1] SpringHill SMC, LLC replaces SpringHill Suites Marriott as the proper name of the corporate defendant. *See* Dkt. 151-1 (Defs.' 56.1 Stmt.) ¶ 3. Additionally, Marriott Hotel Services, Inc. and Marriott Worldwide Reservation Services, LLC were incorrectly named as defendants, as neither entity employed Plaintiff nor owned or operated the hotel that employed Plaintiff. *Id.* They are thus dismissed from the action. The Clerk of Court is respectfully directed to amend the case caption in accordance with these changes.

2

      The Clerk of Court is respectfully directed to terminate the motions pending at Dkt. 148 and Dkt. 152.

SO ORDERED.

Dated: March 28, 2022
      New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge