UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANELL PUGH-OZUA,<br><br>          Plaintiff,<br><br>    v.<br><br>SPRINGHILL SMC, LLC, CARRIE CARPENTER, and GINA NEAGU,<br><br>          Defendants. | No. 18-CV-1755 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The conference presently scheduled for April 7, 2022 is hereby adjourned to April 12, 2022 at 1:00 p.m., at the parties' request. The parties shall use the following dial-in information to call into the telephonic conference: Call-In Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

SO ORDERED.

Dated: March 29, 2022
   New York, New York

                           Hon. Ronnie Abrams
                           United States District Judge